IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRELL BELGARDE,<br><br>Defendant. | CR 17-72-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Tyrell Belgarde (Belgarde) has been accused of violating the conditions of his supervised release. Belgarde admitted alleged violations 2, 4, 5, 6, 7, 8 and 9. Belgarde denied alleged violations 1 and 3. The Court dismissed alleged violations 1 and 3 on the government's motion. Belgarde's supervised release should be revoked. Belgarde should be placed in custody for 7 months, with 12 months of supervised release to follow. Belgarde should serve the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections.

## II. Status

Belgarde pleaded guilty to Strangulation on February 7, 2018. (Doc. 22).

The Court sentenced Belgarde to 27 months of custody, followed by 2 years of supervised release. (Doc. 28). Belgarde's current term of supervised release began on January 22, 2021. (Doc. 46 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on August 3, 2021, requesting that the Court revoke Belgarde's supervised release. (Doc. 46). The Amended Petition alleged that Belgarde had violated the conditions of his supervised release: 1) committing crimes on two separate occasions; 2) by failing to follow the instructions of his probation officer on two separate occasions; 3) by failing to maintain full time employment; 4) by failing to report for substance abuse treatment; 5) by failing to report for mental health treatment; 6) by failing to report for substance abuse testing; and 7) by leaving Montana without obtaining the prior approval of his probation officer.

**Initial appearance**

Belgarde appeared before the undersigned for his initial appearance on August 3, 2021. Belgarde was represented by counsel. Belgarde stated that he had read the petition and that he understood the allegations. Belgarde waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on August 3, 2021. Belgarde admitted that he had violated the conditions of his supervised release: 1) by failing to follow the instructions of his probation officer on two separate occasions; 2) by failing to maintain full time employment; 3) by failing to report for substance abuse treatment; 4) by failing to report for mental health treatment; 5) by failing to report for substance abuse testing; and 6) by leaving Montana without obtaining the prior approval of his probation officer. The Court dismissed alleged violations 1 and 3 on the government's motion. The violations that Belgarde admitted are serious and warrant revocation of Belgarde's supervised release.

Belgarde's violations are Grade C violations. Belgarde's criminal history category is III. Belgarde's underlying offense is a Class C felony. Belgarde could be incarcerated for up to 24 months. Belgarde could be ordered to remain on supervised release for up to 19 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 5 to 11 months.

### III. Analysis

Belgarde's supervised release should be revoked. Belgarde should be incarcerated for 7 months, with 12 months of supervised release to follow. Belgarde should serve the first 60 days of supervised release in a secure inpatient

3

drug treatment facility such as Connections Corrections. This sentence is sufficient but not greater than necessary.

## IV. Conclusion

The Court informed Belgarde that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Belgarde of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Belgarde that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Tyrell Belgarde violated the conditions of his supervised release: by failing to follow the instructions of his probation officer on two separate occasions; by failing to maintain full time employment; by failing to report for substance abuse treatment; by failing to report for mental health treatment; by failing to report for substance abuse testing; and by leaving Montana without obtaining the prior approval of his probation officer.

The Court **RECOMMENDS:**

> That the District Court revoke Belgarde's supervised release and commit Belgarde to the custody of the United States Bureau of Prisons for 7 months, with 12 months of supervised release to follow. Belgarde should serve the first 60 days of supervised release in a secure inpatient drug treatment facility such as Connections Corrections.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 4th day of August, 2021.

John Johnston
United States Magistrate Judge